IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-01463 BKT

MARCELINO ORTIZ GARCIA              Chapter 13

XXX-XX-0368

Debtor(s)

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **03/30/2011** (Docket no. **12**) is not confirmed.

    ___ **The §341 meeting of creditors was continued to _____ at ___.**

2. Hearing on Confirmation is continued to: **06/23/2011 at 09:00 A.M., US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3. **OTHER:**

                                        /S/Brian K. Tester
                                        U.S. Bankruptcy Judge

Date: **04/29/2011**                    BY: /S/Inecita Collazo
                                              Courtroom Deputy