# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**FERNANDO COLON REYES**<br>**WANDA I. COLON REYES**<br>　　　　　　DEBTORS | CASE NUM.: 11-02691 MCF<br><br>CHAPTER 13 (ASSET CASE) |
|---|---|

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 5/23/2011**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 23th, day of May 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **11-02691 MCF**

**COLON REYES, FERNANDO & COLON REYES, WANDA I**   Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **5/23/2011**
☐ PRE ☐ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **18,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **18,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,840.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK**   Cr. _____   Cr. _____
# **1114330**   # _____   # _____
$ **600.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**  Cr. _____   Cr. _____
# **0324-9611072312**   # _____   # _____
$ **7,562.66**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Signed: **/s/ FERNANDO COLON REYES**
Debtor

**/s/ WANDA I. COLON REYES**
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**   Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE COLON REYES, FERNANDO & COLON REYES, WANDA I  Case No. 11-02691 MCF
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | AQUARIUS VACATIO | | |

IN RE COLON REYES, FERNANDO & COLON REYES, WANDA I     Case No. 11-02691 MCF
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

a. ABOVE MEDIAN/60 MO. COMMITMENT PERIOD;  UNSECURED POOL = $0.00;

b. Adequate Protection payments to BBVA at the rate of $70.00 until confirmation;

c. Upon confirmation, attorney's fees to be paid first and ahead of any creditor. Thereafter Trustee to make disbursements to BBVA ahead of any other creditor to minimize costs of insurance.

d. Insurance Coverage for Collateral held by BBVA to be provided through Eastern America Insurance Co., upon maturity of contract due on June 22, 2012.

e. Tax refunds will be devoted each year as periodic payments to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base thereby without need of further notice, hearing or Court order. If need be for the use of debtor of a portion of such refund, debtor shall seek the Court's authorization prior to the use of funds.

f. Debtors Affirmatively REJECT Executory Contract with AQUARIUS VACATION CLUB.

g. Confirmation of this plan constitutes a finding that debtors have timely complied with all of debtor's duties under 11 USC §521, and that the plan and the bankruptcy case were both filed in good faith.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-02691-MCF13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor FERNANDO COLON REYES
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-02591-MCF13 Notice will not be electronically mailed to:**

AMERICAN STUDENT ASSISTANCE
100 CAMBRIDGE ST.
SUITE 1600
BOSTON, MA 02114

AMERIMARK PREMIER
PO BOX 2845
MONROE, WI 53566-8045

AQUARIUS VACATION CLUB
P.O. BOX 191814
SAN JUAN, PR 00919-1814

ASHRO LIFESTYLE
3650 MILWAUKEE ST
MADISON, WI 53714

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR DE PUERTO RICO
P.O. BOX 71375
SAN JUAN, PR 00936-7077

BANK OF AMERICA/MBNA
PO BOX 15019
WILMINGTON, DE 19886-5019

BRYLANEHOME
PO BOX 182125
COLOMBUS, OH 43218-2125

CAPITAL ONE BANK (USA), N.A.
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

CHADWICKS
PO BOX 182125
COLOMBUS, OH 43218-2125

CLARO/PRTC
PO BOX 360998
SAN JUAN, PR 00936

DISH NETWORK
P.O. BOX 105169
ATLANTA, GA 30348-5169

DIVERSIFIED COLLECTION SERVICES, INC.
ATTN: WAGE WITHHOLDING DEPARTMENT
P.O. BOX 5239
GRANTS PASS, OR 97527

FINGERHUT
P.O. BOX 1250
ST. CLOUD, MN 56395-1250

JESSICA LONDON
PO BOX 182125
COLOMBUS, OH 43218-2125

MASSEYS
128 W. RIVER STREET
CHIPPEWA FALLS, WI 54729

MIDNIGHT VELVET
1112 7TH AVE.
MONROE, WI 53566-1364

MONROE & MAIN
PO BOX 1839
MONROE, WI 53566-2839

NCO FINANCIAL SYSTEMS
PO BOX 17080
WILMINGTON, DE 19850-7080

OLD PUEBLO TRADERS
PO BOX 281
JESSUP, PA 18434-0281

ONE STOP PLUS.COM
PO BOX 182125
COLOMBUS, OH 43218-2125

ROAMANS
PO BOX 182125
COLOMBUS, OH 43218-2125

SCOTIABANK
280 PIÑERO AVENUE
SAN JUAN, PR 00918

SEVENTH AVENUE
PO BOX 2804
MONROE, WI 53566

SPRINT
PO BOX 219554
KANSAS CITY, MO 64121-9554

WALMART/GEMB
PO BOX 530927
ATLANTA, GA 30353-0927

WOMAN WITHIN
PO BOX 182125
COLOMBUS, OH 43218-2125